UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DIABLO TECHNOLOGIES, INC. | Case No. 4:13-cv-03901-YGR |
|---|---|
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | |
| NETLIST, INC., | |
| Defendant. | |
| SMART MODULAR TECHNOLOGIES, INC. | Case No. 4:13-cv-03916-YGR |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | |
| NETLIST, INC., | |
| Defendant. | |

The parties have agreed upon the following case schedule:

| DATE | EVENT |
|---|---|
| January 13, 2014 | Further Case Management Conference |
| January 21, 2014 | Netlist's Infringement Contentions and Statement of Asserted Claims. Patent LR, 3-1 & 3-2. |
| February 17, 2014 | Court Conference for SMART Modular's early motion for summary judgment. |
| March 3, 2014 | SMART Modular's early motion for summary judgment. |
| March 7, 2014 | SMART Modular's and Diablo's Invalidity Contentions and Patent Local Rule 3-4 document production. Patent LR, 3-3 & 3-4. |
| March 17, 2014 | Deadline for limited 30(b)(6) deposition of SMART Modular. |
| March 17, 2014 | Netlist's opposition to SMART Modular's early motion for summary judgment. LR, 7-3(a). |
| March 21, 2014 | Statement of Proposed Terms For Construction. Patent LR, 4-1(a). |
| March 24, 2014 | SMART Modular's reply on early motion for summary judgment. LR, 7-3(c). |

| DATE | EVENT |
|---|---|
| April 11, 2014 | Preliminary claim constructions and extrinsic evidence.  Patent LR, 4-2. |
| April 22, 2014 | Last day to request leave to designate additional terms for construction.  Judge Gonzalez Roger's Standing Order In Patent Cases. |
| May 6, 2014 | Joint Claim Construction And Prehearing Statement.  Patent LR, 4-3. |
| June 5, 2014 | Last day to complete claim construction discovery.  Patent LR, 4-4. |
| June 27, 2014 | File and serve Opening Claim Construction Brief.  Patent LR, 4-5(a). |
| July 18, 2014 | File and serve Responsive Claim Construction Brief.  Patent LR, 4-5(b). |
| July 25, 2014 | File and serve Reply Claim Construction Brief.  Patent LR, 4-5(c). |
| August 27, 2014 (9:30 am) | Claim Construction Tutorial |
| September 3, 2014 (9:30 am) | Claim Construction Hearing |

**IT IS SO ORDERED.**

DATED: January 6, 2014

_____
UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS